IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| RYAN ENTERPRISES, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | Civil Action No. 3:17-CV-01219-D |
| | § | |
| INDEPENDENCE PROFESSIONAL | § | |
| HOCKEY, LLC, et al., | § | |
| | § | |
| Defendants. | § | |

## MOTION TO DISMISS

TO THE HONORABLE SIDNEY A. FITZWATER, UNITED STATES DISTRICT JUDGE PRESIDING:

    **NOW COMES** RYAN ENTERPRISES, LLC, Plaintiff in the above styled and numbered case, and respectfully shows the Court that all matters in controversy existing between the parties hereto have been settled and compromised, and that Plaintiff desires to dismiss this case with prejudice, with costs charged to the party by whom incurred.

Motion to Dismiss – Page 1

**WHEREFORE,** Plaintiff prays that this case be dismissed with prejudice, with costs charged to the party by whom incurred.

        Respectfully submitted,

        /s/ Robert E. Goodman, Jr.
        Robert E. Goodman, Jr.
        State Bar No. 08158100
        reg@kilgorelaw.com
        KILGORE & KILGORE, PLLC
        3109 Carlisle Street
        Dallas, Texas 75204
        (214) 379-0823
        (214) 379-0840 (facsimile)

        ATTORNEYS FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed this document with the Clerk of the Court, using the electronic filing system of the Court, on November 14, 2017, through the ECF system, and service was made to all counsel of record using the ECF system.

        /s/ Robert E. Goodman, Jr.
        Robert E. Goodman, Jr.