IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| RYAN ENTERPRISES, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | Civil Action No. 3:17-CV-1219-D |
| | § | |
| INDEPENDENCE PROFESSIONAL | § | |
| HOCKEY, LLC, et al., | § | |
| | § | |
| Defendants. | § | |

## ORDER OF DISMISSAL

**ON THIS** day came on to be presented Plaintiff's Motion to Dismiss, and it appearing to the Court that all matters in controversy between Plaintiff and Defendants have been settled and compromised and that this case should be dismissed with prejudice, with costs charged to the party by whom incurred.

**IT IS THEREFORE ORDERED** by the Court that this case be and is hereby dismissed with prejudice, with costs charged to the party by whom incurred.

**SIGNED** this 14th day of November, 2017.

_____
HONORABLE SIDNEY A. FITZWATER,
UNITED STATES DISTRICT JUDGE